PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
BONNI S. MANTOVANI, ESQUIRE #106353
ANNA LANDA, ESQUIRE #276607
DIANA TORRES-BRITO, ESQUIRE #163193
ALEXANDER G. MEISSNER, ESQUIRE #315437
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
Attorney for Secured Creditor
U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-4N
N.102-2636D.NF

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re                                                                     Bk. No. 17-26013

Diana Evans,                                                         Chapter 13

　　　　Debtor.
_____/

## NOTICE OF APPEARANCE

U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-4N, its assignees and/or successors in interest, ("Secured Creditor") by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of Secured Creditor. The undersigned hereby requests that any pleadings and documents with regard to the real property described as 433 Thistle Circle, Martinez, California 94553 (Loan No. XXXX2676), to which Secured Creditor is entitled, be mailed to said attorneys addressed as follows:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: September 25, 2017            By */s/ Cassandra J. Richey*
                                                        Cassandra J. Richey, Esq., #155721

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 09/25/2017, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Diana Evans
707 Daniels Avenue
Vallejo, CA 94590
Debtor

Jonathan Matthews, Esq.
Law Offices of Jonathan Matthews
13885 Doolittle Drive, #105
San Leandro, CA 94577
Attorney for Debtor

Jan P. Johnson
PO Box 1708
Sacramento, CA 95812
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 09/25/2017, at Woodland Hills, California.

/s/Marine Gaboyan