SCHEDULE AB, ATTACHMENT 1

DIANA EVANS

PART I

PROPERTY #4 - 433 THISTLE CIRCLE
        MARTINEZ, CA 94553
        CONTRA COSTA COUNTY, EVANS OWNS 10% interest , $45,400

PROPERTY #5 – 320 SOUTH ORANGE
        TURLOCK,CA 95380
        STANISLAUS COUNTY, EVANS OWNS 10% interest, $13,170

PROPERTY #6 – 2219 SCENIC AVENUE
        MARTINEZ, CA 94553
        CONTRA COSTA COUNTY, EVANS OWNS 10% interest , $39,600

]