Filed 12/21/17     Case 17-26013     Doc 76

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

IN RE:                                        CASE NO.: 17-26013
                                              CHAPTER 13
Diana Evans,

    Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4N ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/Sean Ferry
    Sean Ferry, Esquire
    Email: sferry@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 20, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JONATHAN D. MATTHEWS
13885 DOOLITTLE DRIVE, #105
SAN LEANDRO, CA 94577

DIANA EVANS
707 DANIELS AVENUE
VALLEJO, CA 94590

JAN P. JOHNSON
PO BOX 1708
SACRAMENTO, CA 95812

OFFICE OF THE U.S. TRUSTEE
ROBERT T MATSUI UNITED STATES COURTHOUSE
501 I STREET, ROOM 7-500
SACRAMENTO, CA 95814

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Sean Ferry
Sean Ferry, Esquire
Email: sferry@rasflaw.com